# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ROLANDO RAFAEL VILLALTA SANTOS**   **CIVIL ACTION**

**VERSUS**

**U.S. IMMIGRATION AND**   **NO. 25-1064-BAJ-EWD**
**CUSTOMS ENFORCEMENT**

## ORDER

This matter is before the Court on a Petition for Writ of Habeas Corpus, filed on November 25, 2025, by Rolando Rafael Villalta Santos ("Petitioner"). A review of the record indicates that Petitioner has not paid the Court's filing fee or filed a motion to proceed in the case without paying the filing fee (*in forma pauperis*).[1]

Therefore,

**IT IS ORDERED** that Petitioner shall either file a motion to proceed *in forma pauperis* **OR** pay $5.00, the full amount of the Court's filing fee for habeas petitions, within **thirty (30) days** from the date of this Order.

**NOTICE TO ROLANDO RAFAEL VILLALTA SANTOS: If you do not pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days your case may be dismissed without further notice from the Court.**

Signed in Baton Rouge, Louisiana, on December 22, 2025

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] A motion to proceed *in forma pauperis* is a declaration that the petitioner does not have enough money to pay the filing fee. A petitioner does not need to spend his last dollar to afford the fee—rather, petitioners held in civil immigration detention should represent to the Court what money they currently have access to, if any, and if they are earning any income. The Court will then determine whether to grant pauper status, which, if granted, will allow the petitioner to proceed in the case without paying.